IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD STICKNEY,

    Plaintiff,

  v.

PADDOCK BOWL, PADDOCK BOWL INC., and DOES 1–25, Inclusive,

    Defendants.

No. C 04-02095 WHA

**ORDER REQUESTING STIPULATED DISMISSAL OF CLAIMS PURSUANT TO SETTLEMENT AGREEMENT**

The Court is in receipt of the parties' stipulated consent decree on injunctive relief. It is the Court's understanding that the parties also agreed to a settlement regarding damages. Accordingly, the parties are requested to submit a stipulated dismissal of all claims pursuant to the settlement agreement by **JUNE 1, 2005**, so that the Court may issue an order instructing the clerk to officially close the file.

**IT IS SO ORDERED.**

Dated: April 26, 2005.

          /s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE